784

## Pittsburgh National Bank *v.* Lansberry et ux., Appellants.

Argued April 9, 1973. *Robert R. Lansberry,* for appellants in propria persona; *John P. Papuga,* with him *Tucker, Arensberg & Ferguson,* for appellee.

Order affirmed.

SPAULDING, J., absent.

## Rutledge Equipment Company *v.* Ciolli et ux., Appellants.

Argued April 12, 1973. *Donald J. Barley,* for appellants; *Harry R. Levy,* for appellee.

Order affirmed.

## Sappas *v.* Magee Women's Hospital, Appellant.

Argued April 10, 1973. *George M. Weis,* with him *Weis & Weis,* for appellant; *John David Rhodes* and *Dennis C. Harrington,* with them *Helen M. Witt, Thomson, Rhodes & Grigsby* and *Harrington, Feeney and Schweers,* for appellee.

Judgments affirmed.